AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE
A TRUE COPY
Jun 15, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Maurice Visor<br>DOB: 06/26/1984<br><br>*Defendant(s)* | ) | Case No. 26-M-425 (SCD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2026 in the county of Milwaukee in the Eastern District of Wisconsin, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC, § 751(a) | Escape from federal custody |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

patrick walton
*Complainant's signature*

Patrick Walton, Deputy U.S. Marshal
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 6/15/26

Stephen C. Dries
*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Stephen C. Dries, U.S. Magistrate
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**AND AN ARREST WARRANT**

I, Patrick Walton, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshals Service ("USMS") for 4 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or information reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Maurice Visor with escape from federal custody, in violation of 18 U.S.C. § 751(a).

4. On July 20, 2022, Visor pled guilty in the Eastern District of Wisconsin for violating 18 U.S.C. §§ 841(a)(1), 841 (b)(1)(c), 922(g)(1) and 924(a)(2), in case number 22-CR-97.

5. On August 19, 2022, Visor was sentenced and committed to the custody of the United Stated Bureau of Prison (BOP) to be imprisoned for a total term of 50 months and 6 days to be followed by 7 years of Supervised Release.

6. On March 10, 2026, after serving time incarcerated with the BOP, Visor was transferred from FCI Petersburg, Virginia to serve the remainder of his prison sentence at the Parson's House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin. At the time of Visor's escape, he had a release date of August 10, 2026, via Good Conduct Time release.

7. On June 11, 2026, around 8:15 am, the GPS monitoring unit assigned to Visor had no longer transmitted signals indicative the battery was drained, which his whereabout were unknown. Prior to the loss of the GPS signal, Visor was on a social pass to seek employment and updating his driver's license. On June 11, 2026, at approximately 8:36 am., the USMS received notification from the Bureau of Prisons of Visor's escape status. According to Parsons House staff, Visor was placed on escape status effective June 11, 2026, at approximately 8:15 am.

8. On June 11, 2026, this affiant contacted BOP's Residential Reentry Management to confirm that Visor was still on escape status and had not returned. The staff confirmed to this affiant that Visor had not returned or notified Parsons of his return. Parsons staff informed this affiant that on June 2, 2026, Visor was arrested by Milwaukee Police Department (MPD) for Possession of Marijuana at approximately 7:45 pm. Visor was eventually released from MPD custody the same night and returned to Parsons at approximately 11:00 pm.

9. The investigation determined Visor's GPS signal transmitted around 3732 W Wisconsin, Milwaukee, WI at the Wisconsin Community Service. On June 12, 2026, this affiant traveled to WCS and coordinated with staff, which disclosed Visor's GPS monitoring unit had been recovered by maintenance staff inside the men restroom, placed inside a plastic bag. This affiant reviewed video footage from WCS which disclosed Visor entered WCS on June 10, 2026, at approximately 2:06 pm with the GPS device attached to his left ankle. Visor talked to the front desk staff and eventually entered the male's bathroom. After several minutes inside the bathroom, Visor

exited WCS. Visor was seen on video exiting and entering a 2018, Nissan Altima, black4 door sedan, with WI tags bearing AKD3900. The vehicle was driven by a female which Visor was seen exiting and entering the vehicle.

10. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of this investigation.

## CONCLUSION

11. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Maurice Visor for a violation of 18 U.S.C. § 751(a), escape from custody.